THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW ORAL LISH, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, <br><br> Defendant. | CASE NO. C17-0743-JCC <br><br> ORDER |

The Court, after careful consideration of the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, (Dkt. No. 14) and the balance of the record, hereby ADOPTS the Report and Recommendation and ORDERS that:

(1)  the ALJ erred in his decision as described in the Report and Recommendation; and

(2)  the matter is therefore REVERSED and REMANDED for further administrative proceedings consistent with the Report and Recommendation.

DATED this 21st day of February 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-0743-JCC
PAGE - 1