UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW O. LISH,<br><br>　　　　　Plaintiff,<br><br>　v.<br>NANCY BERRYHILL, Deputy Commissioner of Social Security Operations,<br><br>　　　　　Defendant. | CASE NO. C17-0743-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion for attorney fees, under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 18). Plaintiff was the prevailing party on an appeal of an agency action and is thus entitled to an award of attorney fees. (*See* Dkt. Nos. 14–16.) Accordingly, the Court GRANTS the parties' motion. Pursuant to 28 U.S.C. § 2412(d), the Court AWARDS attorney fees in the amount of $6848.29.

If the Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department's Offset Program, then the check for attorney fees shall be made payable to Plaintiff's attorney, Tha Win, based upon Plaintiff's assignment of these amounts to counsel. The check shall be mailed to Plaintiff's counsel at the following address: Tha Win, 606 Maynard Avenue South, Suite 201, Seattle, WA 98104.

//

1    DATED this 15th day of May 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE